No. 2, Original. WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 3, Original. MICHIGAN *v.* ILLINOIS ET AL.; and
No. 4, Original. NEW YORK *v.* ILLINOIS ET AL. The motion to allow and fix time for filing plaintiffs' reply brief is granted and the time is extended to and including March 31, 1959. The defendants are allowed to and including March 31, 1959, to reply to the brief of the Solicitor General, if so advised. *John W. Reynolds,* Attorney General, and *Roy Tulane,* Assistant Attorney General, for the State of Wisconsin; *Miles Lord,* Attorney General, and *Raymond A. Haik,* Special Assistant Attorney General, for the State of Minnesota; *Mark McElroy,* Attorney General, *Robert E. Boyd,* Assistant Attorney General, and *Herbert H. Naujoks,* Special Assistant to the Attorneys General, for the State of Ohio; *Anne X. Alpern,* Attorney General, and *Lois G. Forer,* Deputy Attorney General, for the State of Pennsylvania; *Paul L. Adams,* Attorney General, *Samuel J. Torina,* Solicitor General, and *Nicholas V. Olds,* Assistant Attorney General, for the State of Michigan; and *Louis J. Lefkowitz,* Attorney General, and *Richard H. Shepp* and *Dunton F. Tynan,* Assistant Attorneys General, for the State of New York, complainants. *Latham Castle,* Attorney General of Illinois, *William C. Wines,* Assistant Attorney General, *George A. Lane, Lawrence J. Fenlon, Joseph B. Fleming, Joseph H. Pleck* and *Thomas M. Thomas* for the defendants.

No. 420, Misc. LEIGH *v.* REESE, SHERIFF;
No. 449, Misc. MORSE *v.* UNITED STATES ATTORNEY GENERAL;
No. 471, Misc. SAVAGE *v.* PEPERSACK, WARDEN; and
No. 539, Misc. JACKSON *v.* STEINER, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Movants *pro se. Solicitor General Rankin* for respondent in No. 449, Misc.